United States District Court
Southern District of Texas
**ENTERED**
November 07, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JUANITA LOPEZ, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:17-CV-3 |
| § | |
| WILMINGTON SAVINGS FUND § | |
| SOCIETY, FSB; dba CHRISTIANA § | |
| TRUST, AS TRUSTEE FOR RMAC § | |
| TRUST, SERIES 2015-5T, § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

BE IT REMEMBERED that on November 7, 2017 this Court **ENTERED** final judgment in the above-captioned case.

On November 7, 2017, the Court **GRANTED** the parties' Amended Agreed Joint Motion to Vacate Default Judgment and Dismiss Case, Dkt. No. 19, **VACATED** the default judgment entered on December 6, 2017, **DISMISSED WITH PREJUDICE** all claims in this action, and afforded other appropriate relief.

WHEREFORE, the Court **ORDERS** the entry of Final Judgment in this case, and **DIRECTS** the Clerk of Court to close the case.

SIGNED this 7th day of November, 2017.

_____
Hilda Tagle
Senior United States District Judge